# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on June 24, 2005
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code__WWDOSYhk\hT

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

|  |  |
|---|---|
| SAMMYE A. RICHARDSON, et al.,<br>    Plaintiff,<br>vs.<br>FIRST AMERICAN FIELD SERVICES, et al.<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. CV04-00542-TUC-CKJ |

**DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. The Clerk of the Court shall file Plaintiffs' Lodged Complaints (12/16/04, 3/14/05, 5/18/05, 5/24/05, 6/5/05).
2. Plaintiffs' Motions for Removal are **DENIED**;
3. The Fourth Amended Complaint is **DISMISSED WITHOUT PREJUDICE**;
4. Any pending motions are **DENIED** as moot, and;
5. A judgment shall be entered and the Clerk of the Court shall close its file in this matter.

June 22, 2005
Date

RICHARD H. WEARE
CLERK

By: Deputy Clerk

