UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 0 5 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| MICHAEL A. RICHARDSON; et al., | No. 05-16478 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. CV-04-00542-CKJ |
| v. | District of Arizona, Tucson |
| FIRST AMERICAN FIELD SERVICE; et al., | ORDER |
| Defendants - Appellees. | |

Before: RAWLINSON and BYBEE, Circuit Judges

Appellants' emergency motion to stay state court proceedings pending appeal is denied.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

S:\MOATT\Panelord\07.05\mg\05-16478.wpd

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL A. RICHARDSON; SAMMYE A. RICHARDSON, also known as M R Investments I,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>FIRST AMERICAN FIELD SERVICE; KENNEDY PARKER, Fatco President; GARY KERMITZ; BRUCE JACOBS; FIRST AMERICAN TITLE INSURANCE COMPANY; FATCO; NANCY WALSH; NANCY WALSH, So AZ Lenders Services Department Manager & Escrow Officer Felon; RANDALL PARKER; RICHARD HERTZELL; FEDERAL NATIONAL MORTGAGE ASSOCIATION; UNITED STATE TRUSTEE, REGION 14 & 17 as employers of supervising attorney Richard Cuellar & Jeffery Lodge; HENRY ZIFF, Federal Trustee; CASWELL HILLISON, California Law Firm; ROBERT HILLISON; UNION BANK OF CALIFORNIA; BRIAN CUTTONE, as independent atty & employee of Caswell Bell & Hamilton; ROBERT WERTH; HAGOP T. BEDOYAN, TANIS DUNCAN; TANIS DUNCAN LAW OFFICES; UNITED STATES GOVERNMENT; OLIVER WANGER; GREG LUCAS; JURY; MITSUBISHI; KAORU HAYAMA; NORIMICHI KANARI; RICHARD C. HARTNACK; | No. 05-16478<br>D.C. No. CV-04-00542-CKJ<br><br>**TIME SCHEDULE ORDER**<br><br>FILED<br>AUG 0 4 2005<br>CATHY A. CATTERSON, CLERK<br>U.S. COURT OF APPEALS |


SCANNED

ROY COTY; MICHAEL BLAKE; MICHELLE WATERMAN; KAREN BALLARD; DAVID BRODY; LAW OFFICES OF DAVID BRODY; RESOLUTION MORTGAGE; HEATHER SWANSON; LENDER CAPITOL COMMERCE MORGAGE INC.; AZ DEPARTMENT OF REAL ESTATE; TICOR TITLE INS. CO.; BETH FORD, JOHN RIVA; ALAN TANDY; CITY OF BAKERSFIELD; COUNTY OF KERN COUNTY; LAW OFFICES OF CHARLES STIRTON; LAW OFFICES OF CHARLES LATCHEN; EVELYN MILLER; PERI LOCKLEAR; DENT MILLER; RALF WEGIS; RALF WEGIS LAW OFFICES; MARVIN CHAMBERS; LOUISE CHAMBERS; JULIANN SANCHEZ; FRANK ST. CLAIR; SAINT CLAIRE DEVELOPMENT; ST. CLAIR REALTY; ST CLAIR LIABILITY POLICIES; TRI STAR COMPUTER CORPORATION; BRYAN WHITFIELD, RICHARD ROMERO; DIANE ROMERO; KENMAR ASSOCIATES; KENNETH FENSTER; KENMAR FINANCIAL CORP; BANK ONE NA; FIRST NATIONAL BANK OF CHICAGO; N.A., LARRY LICHTENEGGER; LICHTENEGGER & LEE LAW FIRM; MILLER STARR & REGALIA; EDWARD REGALIA; HEIDI TIPKIN; ETHAN FRIEDMAN; MICHAEL TED WHITTINGTON; LEWIS MGT; JAMES WHITE; DR. JAMES WHITE LIVING TRUST; J&D ENTERPRISES; RANDALL PARKER; KRAMBUESTER; DAVID BEAN;

DAVID BEAN ACCOUNTYANCY FIRM; BRIAN F LARSON; LARSON ACCOUNTANCY FIRM; LONESTAR MORTGAGE; LOANSTAR FORECLOSURE SERVICES; GOLDENWEST SAVINGSS ASSOCIATION SERVICE CO; WORLD SAVINGS AND LOAN ASSOCIATION; BANK OR AMERICA; MOSS PITE; DUNCAN LAW FIRM; STEVEN PITE; KENNEHT R. RANDALL; RANDAL PARKER; INDYMAC BANK FSB, AMERICAN GENRAL FINANCE; PLAIN IT CONSTRUCTION; DAVID MCEVOY; DAVID MCEVOY LAW FIRM; DAVID MCGRAW; LISA EVERETT; JAMES NEELEY; DENNIS KELLY; DAWN KELLY; FANNIE MAE; ROBERT FINELY; FINALY AND ZAK; MARK ENDRES; DAVID ESTLE; DEBORAH BALDWIN; CECIL BALDWIN; BALDWIN CONSTRUCTION; VERICLAIM; NEW YORK LIFE INSURANCE COMPANY; COLLEEN ABNEY; H P SEARS; STATE FARM INSURANCE; POWELL AND POOL LAW FIRM; JIM PINKERTON; DENNIS FOX; ROY LONG; DEBBIE BANDUCCI; COLDWELL BANKER & COMPANY; LANCE WHITHER; MOSS, CODULLUS, STAWARSKY AND PRICE; OCWEN FEDERAL; GEORGE SNELSON; FIDELITY NATIONAL TITLE INSURANCE CO. INC.; MICHAEL SCHWARTZ; MICHAEL DELLOSTRITO; PAUL HARTER; PAUL HARTER LAW FIRM; ETHAN STEELE LAW FIRM; CHESTER JOHNS; ANNA

JOHNS; AMERIQUEST MORTGAGE; KATHY SCOTT; GENERAL MOTORS ACCEPTANCE CORPORATION; LAW OFFICE OF WALLACE AND WALLACE; LAW FIRM OF DREYFUSS, RYAN & WEIFENBACH PLC, LINDA RHODES; LAW FIRM OF SOLOMON & SILVERMAN; JOHN KLEIN; BUCKLEY FIRM; MORTGAGE SERVICE LLC; PETER TORRES; ASHLEY KNAUSS; DANA WORHTINGTON; KARI JACKSON; JUAN MELENDEZ; JAMES LEONARD; CHRISTINA LEONARD; CHINN RAYMOND; GE SERVICE PARTNERSHIP; GOLETA TOWING; LOEWS VENTANA CANYON RESORT; ERICKA M LIMA; MARCO ZELAYA; WALACE,; ANTELOPE POINT; SHARON SMITH; CHRIS ANSLEY; STARR PASS REVIEW COMMITTEE; LONESTAR MORTGAGE SERVICES L.L.C.; LONESTAR FORECLOSURE SERVICES; WELLS FARGO BANK; KENYON TERRACE HOMEOWNERS ASSOCIATION; DOUGLAS WHITE; TOM TILTON; MALCOLM RYDER; MALCOLM RYDER LIABILITY INS; ULAN FAMILY TRUST,

Defendants - Appellees.

The parties shall meet the following time schedule:

| | |
|---|---|
| 9/13/05 | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 10/13/05 | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |
| *** | The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Symitha Fuller
Deputy Clerk